

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

### NO. WR-22,548-04

### EX PARTE CARL WAYNE BUNTION

### ON APPLICATION FOR POST-CONVICTION WRIT OF HABEAS CORPUS
### IN CAUSE NO. 588227 IN THE 178TH DISTRICT COURT
### HARRIS COUNTY

*Per curiam*.

## O R D E R

In March 2012, a jury found applicant guilty of the offense of capital murder. The jury answered the statutory punishment questions in such a way that the trial court set applicant's punishment at death. On May 14, 2014, the State filed in this Court its brief on applicant's direct appeal. Pursuant to Article 11.071 §§ 4(a) and (b)[1], applicant's initial

---

[1] Unless otherwise indicated all references to Articles refer to the Code of Criminal Procedure.

application for a writ of habeas corpus was due to be filed in the trial court on or before September 26, 2014, assuming a motion for extension was timely filed and granted. It has been more than a year since the application was due in the trial court. Accordingly, we order the trial court to resolve any remaining issues in the case within 180 days from the date of this order. The clerk shall then immediately transmit the complete writ record to this Court. Any extensions of time shall be obtained from this Court.

IT IS SO ORDERED THIS THE 16TH DAY OF DECEMBER, 2015.

Do Not Publish